Jerome **SIROTE**, Plaintiff–Appellant,

v.

**BBVA COMPASS BANK, et al.,**
**Defendants–Appellees.**

No. 11–10774.

United States Court of Appeals,
Eleventh Circuit.

March 20, 2012.

S. Mitchell Howie, Attorney at Law, Huntsville, AL, for Plaintiff–Appellant.

Anna Brennan Kelly Bolvig, Adam Kent Israel, Jason Brent Tompkins, Balch & Bingham, LLP, Birmingham, AL, for Defendants–Appellees.

Before BARKETT and HULL, Circuit Judges, and HUNT,* District Judge.

**PER CURIAM:**

After review of the record and with the benefit of oral argument, we discern no reversible error in the district court's December 30, 2010 order dismissing the plaintiff's federal claims with prejudice and dismissing the plaintiff's state law claims without prejudice. *See* 28 U.S.C. § 1367(c). We likewise discern no reversible error in the district court's February 1, 2011 order denying the plaintiff's motion to alter or amend the December 30, 2010 dismissal order. Accordingly, we affirm the district court's orders dated December 30, 2010, and February 1, 2011.

**AFFIRMED.**

---

* Honorable Willis B. Hunt, Jr., United States District Judge for the Northern District of Georgia, sitting by designation.